| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | PATRICIA J KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6857 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 08-4550 SC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION BETWEEN THE UNITED STATES AND POSSIBLE CLAIMANTS, PATRICK FOURMY AND SUZY GRANZIERA |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 28510 NAVARRO RIDGE ROAD, MENDOCINO COUNTY, CALIFORNIA (APN 128-010-0700), | ) | |
| Defendant. | ) | |

The United States and possible claimants, Patrick Fourmy and Suzy Granziera, agree, subject to the Court's approval, that the time for filing a claim be extended to and including March 31, 2009, with their answer to be filed within 20 days thereafter and the parties also agree that the Court reschedule the case management conference for a date after the claim and answer have been filed. Unless time is extended, the claim of Mr. Fourmy and Ms. Granziera is due to be filed on or before February 11, 2009, and the case management conference is scheduled for February 20, 2009. The United States previously agreed to extend the filing date for the claim from mid-January to February 11, 2009.

1  The reason for the requested extension is that Mr. Fourmy and Ms. Granziera are trying to
2  decide whether to retain counsel or proceed on their own. Although the United States can not
3  advise them as to the appropriate course for them to follow, the United States has encouraged
4  them to give serious consideration to retaining counsel to help them navigate the labyrinth of
5  applicable federal and local rules procedural rules as well as substantive forfeiture law.

7  IT IS SO STIPULATED:                           JOSEPH P. RUSSONIELLO
                                                  United States Attorney

9  Dated: February 6, 2009
                                                  /s/ Patricia J. Kenney
10                                                PATRICIA J. KENNEY
                                                  Assistant United States Attorney

12  Dated: February ___, 2009
                                                  _____
                                                  PATRICK FOURMY
                                                  Possible Claimant

14  Dated: February ___, 2009
                                                  _____
                                                  SUZIE GRANZIERA
                                                  Possible Claimant

17       IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
18  _____DAY OF _____, 2009.

                                                  _____
                                                  HONORABLE SAMUEL CONTI
                                                  United State District Judge

The reason for the requested extension is that Mr. Fourmy and Ms. Granziera are trying to decide whether to retain counsel or proceed on their own. Although the United States can not advise them as to the appropriate course for them to follow, the United States has encouraged them to give serious consideration to retaining counsel to help them navigate the labyrinth of applicable federal and local rules procedural rules as well as substantive forfeiture law.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February ___, 2009

_____
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: February 9, 2009

_____
PATRICK FOURMY
Possible Claimant

Dated: February 3, 2009

_____
SUZY GRANZIERA
Possible Claimant

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 12 DAY OF Feb, 2009.

_____
HONORABLE SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

ENTRY OF APPEARANCE
C 04-0432 JCS

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Stipulation Between the United States and Possible Claimants, Patrick Fourmy and Suzy Granziera

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Patrick Fourmy                          Washington Mutual Bank
Suzy Granziera                          12961 Pala Drive
2609 Orella Street                      Garden Grove, CA 92841
Santa Barbara, CA 93105

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of February, 2009, at San Francisco, California.

CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit