JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6857
    Facsimile: (415) 436-7234
    E-mail: patricia.kenney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY AND IMPROVEMENTS ) <br> LOCATED AT 28510 NAVARRO RIDGE ROAD, ) <br> MENDOCINO COUNTY, CALIFORNIA (APN ) <br> 128-010-0700), ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 08-4550 SC <br><br> STIPULATION BETWEEN THE UNITED STATES AND POSSIBLE CLAIMANTS, PATRICK FOURMY AND SUZY GRANZIERA |

    The United States and possible claimants, Patrick Fourmy and Suzy Granziera, agree, subject to the Court's approval, that the time for filing a claim be extended to and including April 30, 2009, with their answer to be filed within 20 days thereafter and the parties also agree that the Court reschedule the case management conference for a date after the claim and answer have been filed. Unless time is extended, the claim of Mr. Fourmy and Ms. Granziera is due to be filed on or before March 31, 2009. Mr. Fourmy and Ms Granziera previously requested two other extensions, the first from mid-January to February 11, and the second from February 11 to March 31, 2009.

1  The reason for the requested extension is that Mr. Fourmy and Ms. Granziera are trying to
2  decide whether to retain counsel or proceed on their own. Mr. Fourmy believes that he has an
3  attorney, David Nick, who will take the case whom he plans to speak to next week. The United
4  States is no objection to the 30-day extension, but is not inclined to agree to any future extensions.
5  Although retained counsel can help claimants navigate the labyrinth of applicable federal and local rules
6  procedural rules as well as substantive forfeiture law, the case must proceed at some point regardless of
7  whether claimants represent themselves or have retained counsel.

9  IT IS SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                                 United States Attorney

11  Dated: March 31, 2009
                                                 PATRICIA J. KENNEY
                                                 Assistant United States Attorney

13  Dated: March 30, 2009
                                                 PATRICK FOURMY
                                                 Possible Claimant

16  Dated: March 30, 2009
                                                 SUZIE GRANZIERA
                                                 Possible Claimant

19  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
20  __1__ DAY OF __April__, 2009.

    HONORABLE S. CONTI
    United States District Judge

    IT IS SO ORDERED
    Judge Samuel Conti

Stip & Order
C CV 08-4550 SC                                  2