JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6857
    Facsimile: (415) 436-7234
    E-mail: patricia.kenney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY AND IMPROVEMENTS ) <br> LOCATED AT 28510 NAVARRO RIDGE ROAD, ) <br> MENDOCINO COUNTY, CALIFORNIA (APN ) <br> 128-010-0700), ) <br> ) <br> Defendant. ) | No. CV 08-4550 SC <br><br> STIPULATION AND ORDER OF DISMISSAL |

    Upon consideration of the net equity of defendant which has substantially decreased over the course of the past two years, the United States and claimants – Patrick Fourmy, Suzy Granziera and JP Morgan Chase Bank – agree, subject to the Court's approval, that the instant case be and hereby is DISMISSED on the following terms:

    1.    Each party shall bear his, her or its own costs and attorneys' fees; and

    2.    Claimants agree to unconditionally release and hold harmless the United States, the Drug Enforcement Administration, their employees, and agents from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever

situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the filing of the instant forfeiture action and recording of the *lis pendens* against the above captioned defendant located at 28510 Navarro Ridge Road, Mendocino, California.

IT IS SO STIPULATED:

Dated: June 18, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Patricia Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: June 16, 2010

*/s/ Patrick Fourmy*
PATRICK FOURMY
Claimant

Dated: June 16, 2010

*/s/ Suzie Granziera*
SUZIE GRANZIERA
Claimant

Dated: June 18, 2010

*/s/*
J. DAVID NICK
EDITTE LERMAN
Attorneys for Claimants Patrick Fourmy
And Suzie Granziera

ADORNO YOSS ALVARADO & SMITH

Dated: June 14, 2010

*/s/*
SCOTT STILLMAN
Attorney for Claimant JP Morgan Chase Bank

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 21 DAY OF June, 2010, THAT THE INSTANT ACTION BE, AND HEREBY, IS DISMISSED.

*/s/ Samuel Conti*
HONORABLE SAMUEL CONTI
United State District Judge

Stip & Order
C CV 08-4550 SC

2